# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs                      Case No.: 8:17-cr-00514-JDW-TGW

**VICTOR ALFONSO ZAMBRANO VINCE**,
_____/

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW the Defendant, VICTOR ALFONSO ZAMBRANO VINCE, through his undersigned counsel, and respectfully submits this Sentencing Memorandum for the Honorable Court's consideration.

## STATEMENT OF THE CASE

Mr. Zambrano Vince was the first of the 6 co-defendants in the instant case to admit guilt and accept responsibility through an early plea agreement with the Government. His guilty plea was accepted by this Court on April 3, 2018. This Court adjudicated him guilty of Count One: Conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, contrary to 46 USC §§ 70503(a), 70506(a) and (b), and 21 USC § 960(b)(1)(B)(ii).

As the plea agreement and PSR discuss, this case is somewhat unique in that it involves 6 individuals in a Go-Fast Vessel ("GFV") boarded by members of the United States military 370 nautical miles southwest of the Manzanillo, Mexico border. All members of the GFV complied with the boarding and remained compliant throughout the process. Subsequently, 92.4 kilograms,

of an estimated 246 kilograms of cocaine were recovered. The parties were eventually brought to the United States through Tampa, Florida.

## GUIDELINE CALCULATIONS

The instant offense carries a minimum term of imprisonment of ten years and a maximum term of life. A term of supervised release is required, however, Mr. Zambrano Vince, a citizen of Ecuador, was paroled into the United States for prosecution. Most assuredly, he will be deported after serving his prison term.

The Pre-Sentence Report (PSR) recommends a base level of 36 for Mr. Zambrano Vince. He has been given a downward adjustment for clearly demonstrating his acceptance of responsibility, and he meets the criteria set forth in § 5C1.2 and 2D1.1(b)(17), as shown below:

1. Mr. Zambrano Vince does not have more than one criminal history point.
2. He did not use violence, threats of violence or weapons in connection with the offense.
3. The offense did not result in death or serious bodily injury.
4. Mr. Zambrano Vince was not an organizer, leader or manager.
5. Mr. Zambrano Vince has truthfully provided all information he has concerning the offense.

Therefore, Mr. Zambrano Vince received a five-level reduction to his guideline calculation making his total offense level 31. Having no prior criminal history, Mr. Zambrano Vince's guideline range is 108-135 months.

As Mr. Zambrano Vince was the first of his co-defendant's to change his plea to guilty, the defense anticipates the government will file a 5K1.1 motion for downward departure.

## MEMORANDUM OF LAW AND ARGUMENT

*Request for a Reasonable Sentence Pursuant to § 3553 Factors*

Without downplaying the seriousness or the quantity of narcotics involved in this case, Mr. Zambrano Vince's background plays a significant role in his involvement. As is the case with many of the men in this situation, Mr. Zambrano Vince committed this offense out of financial necessity. His work as a fisherman began at the age of 15 and he contributes to the large extended family living under one roof in his home country. He has always lived in his familial home and hopes to return as quickly as possible.

Mr. Zambrano Vince has expressed interest in participating in any available substance abuse treatment with while serving his sentence as he began consuming alcohol and smoking marijuana at the age of 15 and has been dependent since. Further, he wishes to make the most of his time in prison and to learn a trade.

There is no question that Mr. Zambrano Vince recognizes the seriousness of this offense and realizes that he should be punished accordingly, as evidenced by his guilty plea and acceptance of responsibility. Any amount of prison will promote his respect for the law and provide just punishment as Mr. Zambrano Vince has never been to the United States and has no friends or family here. This separation from his family will be long term.

## CONCLUSION

The circumstances presented in the case support a favorable variance from the applicable guideline range. Mr. Zambrano Vince requests this Honorable Court sentence him below the applicable guideline range as any prison sentence, in his situation, is sufficient, but not greater than necessary punishment for his offense.

Respectfully Submitted,

/s/ Maribeth L. Wetzel
Maribeth L. Wetzel
Goldman Wetzel, PLLC
915 1st Ave. North
St. Petersburg, FL 33705
Telephone: (727) 828-3900
Facsimile: (727)828-3901
FBN: 540511
Beth@goldmanwetzel.com
Attorney for the Defendant

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 8th day of June, 2018.

/s/ Maribeth L. Wetzel
Maribeth L. Wetzel